## Commonwealth *v.* Myers, Appellant.

Submitted September 8, 1975. *Edward F. Browne, Jr.*, and *Thomas E. Harting*, Assistant Public Defenders, for appellant; *Louise G. Herr*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence reversed and the matter is remanded for a new trial. See *Commonwealth v. Myers*, 239 Pa. Superior Ct. 459, 361 A.2d 884 (1976).